**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CASE NO. 5:17-CR-45 (MTT)** |
| | : | |
| **MOHAMMAD JAVANSHIR** | : | |
| | : | |
| **and** | : | |
| | : | |
| **FARHANG YARBAKHT** | : | |
| | : | |
| | : | |

## ORDER TO DISMISS INDICTMENT

The Court having read the Motion to Dismiss (ECF 15) in this matter, and it appearing to the Court that the indictment against defendants should be dismissed,

IT IS ORDERED that the indictment against defendants MOHAMMAD JAVANSHIR and FARHANG YARBAKHT is dismissed without prejudice.

SO ORDERED this 22nd day of June, 2026.


S/ Marc T. Treadwell

_____
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT